```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501-I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ARTUR SARGSYAN,<br><br>  Defendant. | CR No. 01-115 KJM<br><br>**AMENDED MOTION TO DISMISS INDICTMENT AND ORDER** |

**MOTION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order

//
//
//
//
//
//
//
//

1

dismissing the Indictment against Defendant.

DATED: November 1, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney


                                           By /s/ Tice-Raskin
                                           S. ROBERT TICE-RASKIN
                                           Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATED: November 1, 2012.

_____
UNITED STATES DISTRICT JUDGE